[No. 9327–4–I.  Division One.  March 1, 1982.]

THE CITY OF ISSAQUAH, *Respondent,* v. KING COUNTY BOUNDARY REVIEW BOARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–05211–0, Frank J. Eberharter, J., entered September 25, 1980. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Swanson

and Callow, JJ.